AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**ROBERT ENOCH KING**
**DOB: x/x/xx**
**PDID: xxx-xxx**
**(Name and Address of Defendant)**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about <u>January 11, 2008</u> , in the <u>District of Columbia</u> the defendant (s) did,

**unlawfully, knowingly and intentionally distribute a mixture  and  substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title ____**21**____ United States Code, Section(s) ____**841(a)(1)**____ .

I further state that I am ___**OFFICER DAVID RANDOLPH**___ , and that this complaint is

based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:          ☒ Yes    ☐ No

_____
Signature of Complainant
**OFFICER DAVID RANDOLPH**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____          at          ___**Washington, D.C.**_____
Date                                                                                   City and State

_____                    _____
Name & Title of Judicial Officer                             Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AND ARREST WARRANT

On January 11, 2008, members of the Sixth District Vice Unit were conducting a buy/bust operation in the 200 block of the 35th Street, NE. An undercover officer made contact with defendant Lawrence Morgan about purchasing two "dimes" of crack cocaine. Defendant Morgan made a phone call and a short time later was joined by a male by the name of "Rob," later identified as defendant Robert King. The undercover officer began a conversation with defendant King about purchasing two "dimes" of crack cocaine. The defendant King made it known that he only sells "eight balls," and up but would make an exception for this occasion. Defendant King left and entered an unknown apartment building and returned a short time later. The undercover officer gave defendant King twenty dollars of pre-recorded U.S. currency and from defendant King the officer received two small loose white rocks. A portion of the white rock like substance was field tested and revealed a positive color reaction for cocaine base.

_____
OFFICER DAVID RANDOLPH
SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF FEBRUARY, 2008.

_____
U.S. MAGISTRATE JUDGE