# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

ROBERT ENOCH KING

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 0 7 5 - M - 0 1

**FILED**

FEB 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT ENOCH KING
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
          Deputy Clerk

ALAN KAY
U.S. MAGISTRATE JUDGE

in violation of Title  21  United States Code, Section(s) § 841(a)(1).

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer
ALAN KAY
U.S. MAGISTRATE JUDGE

FEB 1 1 2008    District of Columbia
Date and Location

Bail fixed at $ _____    by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/13/08 | INVESTIGATE COPY ONLY ORIGINAL ON FILE WITH US MARSHALL RM | DUSM Kevin M. Kraemer #3969 |
| DATE OF ARREST 2/13/08 | | |