AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ROBERT ENOCH KING**
**DOB:** x/x/xx
**PDID:** xxx-xxx
(Name and Address of Defendant)

**AMENDED CRIMINAL COMPLAINT**

**CASE NUMBER:** 08-075M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>January 11, 2008 to on or about February 8, 2008</u>, in the <u>District of Columbia</u> the defendant (s) did,

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1)</u>.

I further state that I am <u>**OFFICER DAVID RANDOLPH**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

**Signature of Complainant**
**OFFICER DAVID RANDOLPH**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   Washington, D.C.
**Date**                                  **City and State**

_____        _____
**Name & Title of Judicial Officer**         **Signature of Judicial Officer**

**AMENDED AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

On January 11, 2008, members of the Sixth District Vice Unit were conducting buy/bust operations in the 200 block of 35th Street, NE. An undercover officer made contact with Defendant Lawrence Morgan about purchasing two "dimes" of crack cocaine. Defendant Morgan made a phone call and a short time later was joined by a male by the name of "Rob," later identified as Robert King. The undercover officer began a conversation with Defendant King about purchasing two "dimes" of crack cocaine. At that time Defendant King made it known that he only sells "eight balls" and up but would make an exception for this occasion. Defendant King left and entered an unknown apartment building and returned a short time later. The undercover officer gave Defendant King twenty dollars in per-recorded U.S. currency and from Defendant King the undercover officer received two small loose white rocks. A portion of the white rock substance was field tested and revealed a positive color reaction for cocaine base.

On February 08, 2008, Members of the Sixth District Vice Unit made a controlled purchase from Defendant King of sixty-two grams of crack cocaine. The undercover officer entered the area of the 200 block of 35th Street, NE, where the undercover officer met up with the individual known to the undercover officer as "Rob". The undercover officer gave Defendant King one thousand nine hundred dollars in pre-recorded U.S. currency and from Defendant King received a plastic bag containing white rock substance. A field test of a portion of the white rock substance revealed a positive color reaction for cocaine base. The white rock substance was weighed and had an approximate weight of sixty-three grams with packaging.

Defendant King was positively identified on February 08, 2008, by the undercover officer who conducted the purchase on January 11, 2008, who also conducted the purchase on February 08, 2008. The undercover officer identified Robert King as the individual that was known as "Rob" and as the person that had sold the undercover officer both two loose rocks and sixty-three grams of crack cocaine. The undercover officer also observed Defendant Lawrence Morgan in the area and positively identified Defendant Morgan as the person who had called Defendant King on January 11, 2008, to facilitate the transaction between the undercover officer and Defendant King.

        OFFICER DAVID RANDOLPH
        SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF FEBRUARY, 2008.

        U.S. MAGISTRATE JUDGE