U.S. Department of Justice
United States Attorneys

# United States District Court for the District of Columbia

FILED

FEB 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

*Robert E. King*

Case No. *08-75M-01*

**ORDER**

Upon oral motion of the ___*defendant*___ to exclude ___*16*___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court ~~(sets forth in writing)~~ or (orally sets forth) its reasons in the record at this time, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___*16*___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

X *[signature]*
Defendant

*[signature]*
Defense Counsel

*[signature]*
Attorney for Government

*[signature]*

~~(United States Judge)~~
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY