AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**for the** _____ DISTRICT OF _____Columbia_____

UNITED STATES OF AMERICA

V.

Robert E. King

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 08-75-MJ-AK

**FILED**

AUG 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _____Robert E. King_____, charged in a (complaint) (petition) pending in this District with _____Possession with intent to distribute_____ in violation of Title _____21_____, U.S.C., _____841_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

× _Robert King_
Defendant

_August 20, 2008_
Date

_[signature]_
Counsel for Defendant